González, Demandante y Apelado, v. Porto Rico Railway, Light & Power Co., Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Distrito Segundo, en pleito sobre daños y perjuicios, incidente de traslado.

No. 2730.—Resuelto en mayo 31, 1922, por los fundamentos de los casos Nos. 349 y 350 de *Toro y Lippitt* v. *Corte de Distrito de San Juan,* de mayo 22, 1922.

Abogado del apelado: *Sr. M. Benítez Flores.*

Abogado del apelante: *Sres. J. H. Brown y C. Ruiz Nazario.*

*Revocada la sentencia y ordenado el traslado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Franco Soto.

El Juez Asociado Sr. Hutchison firmó conforme con la sentencia.